# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUNE HALL, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>XANADU MARKETING, INC. d/b/a Houses Into Homes,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-3795-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of defendant's amended motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 6th day of July, 2023.

              KEVIN P. WEIMER
              CLERK OF COURT


            By:  s/Jill Ayers
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 6, 2023
Kevin P. Weimer
Clerk of Court

By:  s/Jill Ayers
   Deputy Clerk