UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| June Hall, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Xanadu Marketing, Inc. d/b/a Houses Into Homes,<br><br>Defendant. | CASE NO.: 1:22-cv-03795-MHC |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION

Having considered the Consent Motion to Extend Defendant's Time to Respond to Plaintiff's Motion for Reconsideration and for good cause shown, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED**, that Defendant Xanadu Marketing, Inc. shall have until September 6, 2023, to respond to Plaintiff's Motion for Reconsideration.

**SO ORDERED** this 11th day of August, 2023.

_Mark H. Cohen_
The Honorable Mark H. Cohen
Judge, Northern District of Georgia