# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **June Hall, on behalf of herself and all others similarly situated,**<br><br>　　Plaintiff,<br><br>v.<br><br>**Xanadu Marketing, Inc. d/b/a Houses Into Homes,**<br><br>　　Defendant. | **CASE NO.: 1:22-cv-03795-MHC** |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff June Hall and Defendant Xanadu Marketing, Inc. hereby jointly stipulate and agree that all matters herein between Plaintiff and Defendant have been compromised and released. Plaintiff agrees to dismiss all claims alleged herein against Defendant, and Defendant agrees to dismiss all counterclaims alleged herein against Plaintiff, with each party to bear its own costs and attorneys' fees. Both parties withdraw any pending motions and responses accordingly and request that the Court dismiss this case with prejudice and close the case.

[*Signatures on Following Page*]

Respectfully submitted this 6th day of September, 2023.

| **BEAL SUTHERLAND BERLIN & BROWN, LLC** | **WATSTEIN TEREPKA LLP** |
|---|---|
| */s/ Alex D. Kruzyk*\* | */s/ Ryan D. Watstein* |
| Rachel Berlin Benjamin | Ryan D. Watstein |
| Georgia Bar No 707419 | Georgia Bar No. 266019 |
| rachel@beal.law | ryan@wtlaw.com |
| Brian J. Sutherland | 1055 Howell Mill Road, 8th Floor |
| Georgia Bar No. 105408 | Atlanta, Georgia 30318 |
| brian@beal.law | Tel. (404) 782-0695 |
| 945 East Paces Ferry Road NE, Suite 2000 | |
| Atlanta, GA 30326 | *Counsel for Defendant* |
| T: (404) 476-5305 | |

Alex D. Kruzyk (*pro hac vice*)
Pardell, Kruzyk & Giribaldo, PLLC
501 Congress Avenue, Suite 150
Austin, TX 78701
T: (561) 726-8444
akruzyk@pkglegal.com

\* *with express permission*

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to NDGa, LR 7.1, this is to certify that the foregoing pleading complies with local requirements set forth by NDGa, LR 5.1.

/s/ Ryan D. Watstein
Ryan D. Watstein

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2023, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of filing to all counsel of record.

/s/ Ryan D. Watstein
Ryan D. Watstein